Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 20−12003−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David G Furth
901 Hamilton Street
Roebling, NJ 08554

Christi L Furth
901 Hamilton Street
Roebling, NJ 08554

Social Security No.:
  xxx−xx−9689                            xxx−xx−7551

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on March 4, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2020
JAN: bwj

                                                                      Jeanne Naughton
                                                                      Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                        Case No. 20-12003-MBK
David G Furth                                                                 Chapter 13
Christi L Furth
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                   Page 1 of 2                 Date Rcvd: Mar 04, 2020
                               Form ID: 148                  Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db/jdb         +David G Furth,    Christi L Furth,    901 Hamilton Street,    Roebling, NJ 08554-1915
518699445       Aspire,    PO Box 650832,    Dallas, TX 75265-0832
518713497      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518699459      +Healthcare NJ FCU,    175 Madison Avenue,    Mount Holly, NJ 08060-2038
518699462      +M&T Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
518699464      +Midland Funding LLC/Best Buy Credit Card,    c/o Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518699465       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518699466       State of Ne Jersey,    Department of Labor and Workforce Develo,    LWD Benefit Payment Control,
                 PO Box 650,    Trenton, NJ 08646-0650
518699467       Sterling Jewelers, Inc. DBA Kay Jewelers,     c/o Fein Such Kahn & Sherpard PC,
                 7 Century Drive Suite 201,    Parsippany, NJ 07054-4609
518699469       Synchrony Bank/Amazon,    c/o Selip & Stylainou, LLP,    199 Crossways Park Drive,    PO Box 363,
                 Woodbury, NY 11797-0363
518699470      +TD Bank USA NA/Target National Bank,    c/o Lyons Doughty & Veldhuis, PC,
                 136 Gaither Drive Suite 100,    Mount Laurel, NJ 08054-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:15       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:11        United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518699446      +E-mail/Text: bankruptcy@usecapital.com Mar 04 2020 23:40:07       Capital Accounts,
                 PO BOX 140065,    Nashville, TN 37214-0065
518699447      +EDI: CAPITALONE.COM Mar 05 2020 04:13:00       Capital One,    PO Box 70886,
                 Charlotte, NC 28272-0886
518699448       EDI: ARSN.COM Mar 05 2020 04:08:00      Chase Bank USA N.A.,    c/o ARS National Services Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
518699449      +EDI: PRA.COM Mar 05 2020 04:08:00      CitiBank,    c/o Portfolio Recovery Associates,
                 120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
518699450      +EDI: MID8.COM Mar 05 2020 04:08:00       Citibank,    c/o Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
518699451       EDI: COMCASTCBLCENT Mar 05 2020 04:08:00       Comcast,    PO Box 3001,
                 Southeastern, PA 19398-3001
518699452      +EDI: MID8.COM Mar 05 2020 04:08:00       Comenity Bank,    c/o Midland Credit Management, Inc.,
                 2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
518699453       E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 23:40:25        Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
518699454       EDI: DISCOVER.COM Mar 05 2020 04:13:00       Discover Financial Services LLC,    PO Box 15316,
                 Wilmington, DE 19850
518719238      +EDI: AIS.COM Mar 05 2020 04:08:00       Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518699455       EDI: AMINFOFP.COM Mar 05 2020 04:08:00       First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD 57117-5529
518699456      +E-mail/Text: collector@florence-nj.gov Mar 04 2020 23:39:05       Florence Township,
                 711 Broad Street,    Florence, NJ 08518-1031
518699457       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Mar 04 2020 23:38:26
                 Gateway One Lending & Finance,    160 N. Riverview Drive,    Suite 100,    Anaheim, CA 92808
518699458      +EDI: PHINGENESIS Mar 05 2020 04:13:00       Genesis FS Card Services,    PO Box 4477,
                 Beaverton, OR 97076-4401
518699460       EDI: JEFFERSONCAP.COM Mar 05 2020 04:08:00       Jefferson Capital Systems,    16 McLeland Rd,
                 Saint Cloud, MN 56303
518699460       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2020 23:39:23        Jefferson Capital Systems,
                 16 McLeland Rd,    Saint Cloud, MN 56303
518699461      +E-mail/Text: BKRMailOPS@weltman.com Mar 04 2020 23:38:59       Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
518699463      +EDI: RMCB.COM Mar 05 2020 04:08:00       Medical,    c/o AMCA,    PO BOX 1235,
                 Elmsford, NY 10523-0935
518705171       EDI: Q3G.COM Mar 05 2020 04:08:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
518699468       EDI: MID8.COM Mar 05 2020 04:08:00       Synchrony Bank,    c/o Midland Credit Management, Inc.,
                 PO Box 13105,    Roanoke, VA 24031-3105
518701599      +EDI: RMSC.COM Mar 05 2020 04:13:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518699471       E-mail/Text: data_processing@fin-rec.com Mar 04 2020 23:38:58
                 TD Bank USA/Target Credit Card,    c/o Financial Recovery Services, LLC,    PO Box 385908,
                 Minneapolis, MN 55438-5908
518699472      +E-mail/Text: Banko@frontlineas.com Mar 04 2020 23:40:04       Webbank,
                 c/o Frontline Asset Strategies, LLC,    2700 Snelling Avenue N.,    Suite 250,
                 Roseville, MN 55113-1783
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Mar 04, 2020
                               Form ID: 148             Total Noticed: 36
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518699473      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 23:41:40      Webbank Gettington,
                c/o LVNV Funding LLC,    200 Meeting Street Suite 206,    Greenville, SC 29615-5833
                                                                                                TOTAL: 26
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:
```
              Albert Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor David G Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric Clayman    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5
```